IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SEAN DEREK WARREN,            )
                              )
          Petitioner,         )
                              )
     v.                       )     1:23-cv-603
                              )
WARDEN, DP.S., and D.A.C.,    )
STATE OF N.C.,                )
                              )
          Respondent.         )
```

## ORDER

On July 27, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition that corrects the defects of the current Petition.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2023.

```
                              /s/ William L. Osteen, Jr.
                              United States District Judge
```